## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  MICHAEL JOHN BEALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CIV-21-00351-JFH-JFJ |
| | ) | |
| (2)  M.L. BALES | ) | |
| TRANSPORTATION, LLC, a limited | ) | |
| liability corporation and | ) | |
| (3)  MICHAEL DEWAYNE BALES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby advises the Court that the parties reached a settlement agreement in the above-captioned matter.  The parties are working on getting the settlement documents drafted. Following the execution of settlement documents and the payment of settlement funds, the appropriate dismissal will be filed by Plaintiff.  Plaintiff requests that all hearings and deadlines be stricken, including the upcoming Trial scheduled for May 9, 2022.

/s/ Kelly S. Bishop
Kelly S. Bishop, OBA #15159
John J. Ditmars, III, OBA #34642
Abel Law Firm
900 N.E. 63rd Street
Oklahoma City, Oklahoma 73105
Telephone: 405-239-7046
Facsimile: 405-418-0833
Email: kbishop@abellawfirm.com
Email: jditmars@abellawfirm.com
**ATTORNEYS FOR PLAINTIFF**