UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MICHAEL JOHN BEALL,<br><br>      Plaintiff,<br><br>v.<br><br>(2) M.L. BALES TRANSPORTATION, LLC, a limited liability corporation and<br>(3) MICHAEL DEWAYNE BALES,<br><br>      Defendants. | Case No.: CIV-21-00351-JFH-JFJ<br>(Formerly Craig County District Court Case No.: CJ-2021-0038) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michael John Beall, and Defendants, M.L. Bales Transportation, LLC and Michael Dewayne Bales, hereby stipulate to a dismissal with prejudice of all claims and causes of action asserted by Plaintiff in the above-styled cause. Each party shall bear his/its own attorney fees and costs.

/s/ Kelly S. Bishop
Kelly Bishop, OBA No. 15159
John J. Ditmars, III, OBA No. 34642
ABEL LAW FIRM
900 Northeast 63rd Street
Oklahoma City, Oklahoma 73105
Telephone:   405-239-7046
Facsimile:     405-418-0833
Email:            kbishop@abellawfirm.com
                      jditmars@abellawfirm.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Paul M. Kolker
*(Signed by Filing Attorney with Permission of Attorney)*
Paul M. Kolker, OBA No. 18749
Brad L. Roberson, OBA No. 18819
Blake T. Burns, OBA No. 34621
ROBERSON KOLKER COOPER, P.C.
16408 Muirfield Place
Edmond, Oklahoma 73013
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:   paul@rkclaw.com
brad@rkclaw.com
blake@rkclaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Paul M. Kolker, Esquire
Brad L. Roberson, Esquire
Blake T. Burns, Esquire

/s/ Kelly S. Bishop